In The United States District Court
For the
Western District of Pennsylvania

RECEIVED
MAY -8 2018
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Patricia A. Scott,
   Plaintiff,

v.

Citizen Bank,
   Defendant,

Case no. 18-600

1. A. Patricia A. Scott reside at 1842 Washington Street #304, Heidelberg, PA 15106. Phone number 412-501-7989.

2. Citizen Bank 525 William Penn Place, Pittsburgh, PA 15219.

3. U.S. Code 7 General Provisions Chapter 126 Subchapter III 7 12182.

4. Defendant (name) Citizen Bank is under the laws of the State of Pennsylvania and has its principal place of business in Pittsburgh.

5. Violation under the Americans with Disabilities Act of 1990 U.S. Code 7 Title 42 7 Chapter 126 12101 and U.S. Code 7 General

Provisions Chapter 126 Subchapter III> 12182.

6. On march 16, 2018 plaintiff was sitting in line for a long period but the bank tellers employees was ignoring her however she continue to be patience for a bank teller to assist her. Plaintiff notice that other customers entering into the bank they was allowed to walk in front of her. The bank tellers was deliberately skipping over her! After an extended time a bank teller employee finally asked plaintiff if she could assist her. The bank teller staff member walked over to her wheelchair! As usual plaintiff presented her with her debit Visa card, a refund check and she made a request for some coins. The bank teller return to her without her funds. Shortly after, a branch manager walked over to plaintiffs wheelchair. He was extremely hostile toward her and her disability. He stated that the bank will not be able to cash your check

today. The branch manager walked over to the bank tellers employees. He informed them not to assist me. Plaintiff made a request for his business card. She made a phone call! She ask him how he pronounce his first and his last name. She left the bank without her money! The debit card machine was too high for plaintiff motorize wheelchair. She was physical unable to slide her visa debit card because the debit machine was not designed for wheelchair users. Plaintiff wasn't allowed to make a withdraw from her checking account because she was in a wheelchair.

5. Plaintiff was denied the right of full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations of a place of public accommodation by a person who owns, leases (or leases to), or operates a place of public accommodation. Plaintiff was treated different because she was in a wheelchair.

4

Plaintiff civil rights was violated under the Americans with Disabilities Act of 1990 U.S. Code 7 Title 42 > Chapter 126 12101 and under U.S. Code 7 General provisions chapter 126 Subchapter III 7 12182.

Plaintiff seek statutory damages, compensatory damages and whatever the Court deem to be appropriate in this Civil case.

April 25, 2018

*Patricia A. Scott* "PROSE"
Patricia A. Scott
1842 Washington Street #304
Heidelberg, PA 15106
412-501-7989